# Court of Appeals
# of the State of Georgia

ATLANTA,___March 26, 2014___

*The Court of Appeals hereby passes the following order:*

## A14A1293. LORINDA THERESA MONTGOMERY WALKER v. RICHARD E. RAYMER et al.

Lorinda Theresa Montgomery Walker filed a "Petition for an Order for *Quia Timet Injunction* Sustained in Equity" against Richard Raymer and others. The trial court dismissed the complaint for failure to state a claim, and Walker appealed to this Court. Under Ga. Const. 1983, Art. VI, Sec. VI, Par. III, the Supreme Court has original appellate jurisdiction over cases involving title to land. Because this appeal involves title to land, jurisdiction appears to lie in the Supreme Court. See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004). Accordingly, the appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/26/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*